```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES ROWAN, et al.,           :   CIVIL ACTION
                               :   NO. 11-7575
Plaintiffs,                    :
                               :
v.                             :
                               :
STATE FARM MUTUAL AUTOMOBILE   :
INSURANCE CO.,                 :
                               :
Defendant.                     :
```

## O R D E R

**AND NOW**, this **20th** day of **June, 2012**, it is hereby **ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (ECF No. 11) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**